UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-08171 PA (SKx) | Date | January 7, 2020 |
|---|---|---|---|
| Title | Wesco Insurance Company v. Tauler Smith LLP et al | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      IN CHAMBERS

The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for January 13, 2020 at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

Defendant NMRM, Inc., Roma Mikha, Inc., and Skyline Market, Inc. have filed an Answer that includes a demand for jury trial. (Docket No. 20.) However, the Court finds that the Complaint only contains claims for rescission and declaratory relief, and thus only presents equitable issues. Therefore, there is no right to a jury trial. See Fed. R. Civ. P. 39; Beacon Theatres, Inc. v. Westover, 359 U.S. 500, 516 (1959). Accordingly, the Court sets this case for a Court Trial. If either party desires a jury trial, they may do so by filing an appropriate motion citing authority for a jury trial in an action for declaratory relief. Any such motion must be set for a hearing no later than the cutoff date for a hearing on a motion to amend the pleadings or add parties. In addition, the Court notes that the parties estimate that trial will consume between eight and nine trial days. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are highly unlikely to have as much time to try this case as they appear to anticipate.

Finally, pursuant to the agreement of the parties, this matter has been referred to private mediation. The parties have fourteen (14) days to select a mediator who has no conflicts and is otherwise available to act as the settlement officer in this matter. If the parties are unable to agree on a mediator, each side shall submit to the Court the name of a mediator who agrees to act as the settlement officer. The Court will then randomly select the settlement officer.

IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 19-08171 |
|---|---|

**PARTIES:** Wesco Insurance Company
-v-
Tauler Smith LLP et al

**COMPLAINT FILED:** 09/20/19

| TRIAL TYPE: | Court |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel
Private Dispute Resolution    X
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 09/01/20 | Court Trial at 9:00 a.m. |
| 08/27/20 | File Final Trial Exhibit Stipulation |
| 08/24/20 | Hearing on Motions in Limine at 1:30 p.m.<br>File Response to Findings of Fact & Conclusions of Law |
| 08/07/20 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed |
| 07/24/20 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement |
| 07/06/20 | Last Date to Conduct Settlement Conference |
| 06/29/20 | Last Day for Hearing Motions |
| 06/22/20 | Discovery Cut-off |
| 04/06/20 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |