# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WESCO INSURANCE COMPANY

        Plaintiff,

     vs.

TAULER SMITH LLP, ROMA MIKHA, INC., NMRM, INC., AND SKYLINE MARKET, INC.

        Defendants.

Case No.: 2:19-cv-8171 PA (SKx)

**ORDER OF DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO STIPULATION**

Judge:      Hon. Percy Anderson
Dept:       Courtroom 9A
Action Filed: September 20, 2019
Trial Date:  September 1, 2020

Pursuant to the stipulation of all parties, Wesco Insurance Company's complaint against Roma Mikha, Inc., NMRM, Inc. and Skyline Market, Inc. only is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees. Wesco's complaint shall remain pending against Tauler Smith LLP and Tauler Smith's counterclaim against Wesco shall remain pending.

Dated this _13th_ day of April, 2020

_____
Percy Anderson
United States District Judge