# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY | ) Case No.: 2:19-cv-8171 PA (SKx) |
| Plaintiff, | ) **ORDER OF DISMISSAL OF CASE** |
| | ) **PURSUANT TO STIPULATION** |
| vs. | ) |
| | ) Judge:       Hon. Percy Anderson |
| TAULER SMITH LLP, ROMA MIKHA, INC., NMRM, INC., AND SKYLINE MARKET, INC. | ) Dept:        Courtroom 9A |
| | ) Action Filed: September 20, 2019 |
| | ) Trial Date:   September 1, 2020 |
| Defendants. | ) |
| | ) |

Pursuant to the stipulation of all remaining parties, Wesco Insurance Company's complaint and Tauler Smith LLP's counterclaim against Wesco are dismissed with prejudice. All pending pleadings having been voluntarily dismissed this case is thereby dismissed.

Dated this __1st__ day of May, 2020

_____
Percy Anderson
United States District Judge